# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSEPH SKEIRIK,<br><br>　　　　Defendant. | 2:21-CR-277-RFB-DJA<br><br>**Final Order of Forfeiture** |

　　　　The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Joseph Skeirik to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Joseph Skeirik pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 50; Change of Plea, ECF No. 51; Preliminary Order of Forfeiture, ECF No. 52.

　　　　This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

　　　　This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 26, 2023, through April 24, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 54-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Notice of Filing Service of Process – Mailing, ECF No. 59.

On May 3, 2023, the United States Attorney's Office served Pete Casarez on 2nd Street E with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 6-17.

On May 3, 2023, the United States Attorney's Office served Peter Casarez on 2nd Street E with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 6-12, 18-21.

On May 3, 2023, the United States Attorney's Office served Peter J. Casaraz on 2nd Street E with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 6-12, 22-25.

On May 3, 2023, the United States Attorney's Office served Peter J. Casarez on 2nd Street E with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 6-12, 26-29.

On May 3, 2023, the United States Attorney's Office attempted to serve Pete Casarez on Golden Arrow Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were returned as attempted- not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 6-12, 30-32.

On May 3, 2023, the United States Attorney's Office attempted to serve Peter Casarez on Golden Arrow Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and

/ / /

certified mail were returned as attempted- not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3, 6-12, 33-35.

On May 3, 2023, the United States Attorney's Office attempted to serve Peter J. Casaraz on Golden Arrow Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were returned as attempted- not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 3-12, 36-38.

On May 3, 2023, the United States Attorney's Office attempted to serve Peter J. Casarez on Golden Arrow Drive with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular and certified mail were returned as attempted- not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4-12, 39-41.

On May 3, 2023, the United States Attorney's Office attempted to serve Stan Harold Lowrey on 10th Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The regular mail was returned as attempted-not known, unable to forward. The status of the certified mail is unclaimed/being returned to sender. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4-12, 42-47.

On May 30, 2023, the United States Attorney's Office served Stan Lowery/ Stan H Lowery/Stan H Lowrey/Stan L Lowrey/ Stanley Lowrey/Stanley H Lowrey on Santa Monica Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4-12, 48-51.

On May 30, 2023, the United States Attorney's Office served Stan Lowery/ Stan H Lowery/Stan H Lowrey/Stan L Lowrey/ Stanley Lowrey/Stanley H Lowrey on Brehler Avenue with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 59-1, p. 4-12, 52-55.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Raven Arms, .25 caliber pistol, bearing serial number 1670879;
2. ammunition loaded into the Raven Arms firearm and/or the accompanying .25 caliber magazine;
3. a box containing .25 auto cartridges;
4. the .25 caliber magazine accompanying the Raven Arms, .25 caliber pistol; and
5. any and all compatible ammunition

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED _____August 11_____, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE