**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH SKEIRIK,

Defendant.

Case No. 2:21-cr-00277-RFB-DJA

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 1, 2026 at the hour of 1:30 p.m., be vacated and continued to December 7, 2026 at the hour of 2 :00 p .m.

DATED this 27th day of August, 2026.

UNITED STATES MAGISTRATE JUDGE